UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CAROLINE TOMASSI

                Plaintiff,

v.                                                                    <u>ORDER</u>

WESTMORE FUEL COMPANY INC.             19-CV-04164 (PMH)

                Defendants.
-------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. The Court has reviewed Defendant's letter dated April 16, 2020 (Doc. 13). Additionally, the Court has reviewed Plaintiff's letter dated April 17, 2020 (Doc. 15). The Court accepts Defendant's letter as a request for permission to file a motion to strike Plaintiff's jury demand. The Court directs the following briefing schedule: defendant's motion to strike shall be served and filed on or before May 21, 2020; plaintiff's opposition thereto shall be served and filed on or before June 4, 2020; and defendant's reply shall be served and filed on or before June 11, 2020.

Dated: New York, New York
         April 21, 2020

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge