UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLINE TOMASSI,

                Plaintiff,

-against-

WESTMORE FUEL COMPANY, INC.,

                Defendant.

**ORDER**

19-CV-04164 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. (Nov. 23, 2021 Min. Entry). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                                            SO ORDERED:

Dated:  White Plains, New York
          November 24, 2021

                                            _____
                                            PHILIP M. HALPERN
                                            United States District Judge